# EXHIBIT "1"

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT,
IN AND FOR BROWARD COUNTY, FLORIDA

VIRGIL AND TOMMY BOLDEN,

      Plaintiffs,

v.                                                   CASE NO.:

AMERICAN SECURITY INSURANCE
COMPANY,

      Defendant.
_____/

## COMPLAINT

**COME NOW** the Plaintiffs, VIRGIL AND TOMMY BOLDEN, by and through the undersigned counsel and hereby files this Complaint against the Defendant, AMERICAN SECURITY INSURANCE COMPANY, and as grounds therefore states as follows:

1. That this is an action for damages that exceeds Thirty Thousand Dollars ($30,000.00) exclusive of interest, costs, and attorney's fees.

2. That at all times material hereto the Defendant was an insurance company authorized to do business in the State of Florida and doing business in Broward County, Florida.

3. That at all times material hereto the Plaintiffs were and are residents of Broward County, Florida, and is otherwise sui juris.

4. That at all times material hereto, Plaintiffs and Defendant had a policy of insurance, Policy No. MLR780641902 on Plaintiffs' residence located at 1525 NW 5th Street, Fort Lauderdale, Florida 33311, which afforded various types of coverages including coverage for damage to dwelling, other structures, personal property, and for loss of use. (A true and correct copy of the policy is not in Plaintiff's possession, custody, and/or control, but is incorporated by reference hereto).

5. On or about 9/10/2017, the above described property was damaged. Defendant was given timely notice of the loss. Accordingly, Defendant assigned Claim Number 00102842649.

6. As a result of this incident, the Plaintiffs have suffered damage to the building on the subject property, damage to contents, and loss of use of the property and possessions therein.

7. The Plaintiffs have furnished the Defendant with timely notice of the loss, proof of claim and has otherwise performed all conditions precedent to recover under the policy and under the applicable Florida Statutes, but the Defendant has refused and continues to refuse to pay either part or all of the Plaintiff's claims.

## COUNT I – BREACH OF CONTRACT

Plaintiffs readopt and reallege Paragraphs 1 through 7 above as if fully stated herein, and further alleges as follows:

8. That the Defendant's denial of coverage and refusal to pay the full amount of the claim was contrary to the terms of the policy and/or Florida law and was a breach of said contract of insurance.

9. The Plaintiffs have been damaged by the Defendant's breach of said contract of insurance by having not been compensated for the damage sustained to the building on the subject property, damage to contents, and loss of use of the property and possessions taken from therein.

10. That as a direct and proximate result of the Defendant's refusal to pay the Plaintiffs' claim, the Plaintiffs have been required to retain the services of the undersigned attorneys to represent and protect the Plaintiffs' interests and Plaintiff has become obliged to pay them a reasonable fee for their services in bringing this action.

11. In the event that the Plaintiffs prevails in this action, Plaintiffs are entitled to an award of attorney fees and costs pursuant to Florida Statute Section 627.428, 626.9373, and/or other Florida law.

WHEREFORE, the Plaintiffs, VIRGIL AND TOMMY BOLDEN, demands judgment against the Defendant, AMERICAN SECURITY INSURANCE COMPANY, for damages including but not limited to damage to the building, contents, loss of use, interest allowed by law, and reasonable attorney fees and costs pursuant to Florida Statute Section 627.428 or other Florida law, and the Plaintiffs demands trial by jury of all issues triable as a matter of right by jury.

## COUNT II – PETITION FOR DECLARATORY RELIEF

Plaintiffs reallege and readopts Paragraphs 1 through 7 as if fully set forth herein and sues the Defendant for declaratory relief pursuant to Chapter 86 of the Florida Statutes and further states as follows:

12. The above insurance policy between Plaintiffs and Defendant provides comprehensive coverage for damages as a result of losses to property.

13. Pursuant to Chapter 86 of Florida Statutes, the Plaintiffs request this Court to take jurisdiction over this action and determine the Plaintiffs' rights under said policy.

14. The Plaintiffs furnished timely notice of a covered loss and otherwise performed all conditions precedent to recover under the policy and under the applicable Florida Statutes.

15. Defendant refused and continues to refuse to pay the full amount of Plaintiff's claim.

16. The Plaintiffs believe, but is in doubt, that the Plaintiffs are entitled to full coverage under said policy, including but not limited to, coverage for damage to the building on the subject property, its contents, and its loss of use.

17. That as a direct and proximate result of the Defendant's refusal to pay the Plaintiffs' claims, the Plaintiffs have been required to retain the services of the undersigned attorneys to represent and protect the Plaintiffs' interest and Plaintiffs have become obligated to pay them a reasonable fee for their services in bringing this action.

18. In the event that the Plaintiffs prevail in this action, Plaintiffs are entitled to an award of attorney fees and costs pursuant to Florida Statute Section 627.428, 626.9373, and/or any other Florida law.

WHEREFORE, Plaintiffs hereby demands judgment against Defendant and the following:

a. that the Court take jurisdiction over the parties and the subject matter of this action;

b. that the Court determine the rights and duties of the parties under said insurance policy;

c. that this Court enter an Order determining that the subject policy was in full force and effect at the time of the loss;

3

  d. that the Court enter an Order determining that the damages suffered by Plaintiffs are not excluded under the policy insurance.

  e. that the Court enter an Order determining that the Plaintiffs complied with all requirements under the policy and is entitled to full coverage for all damages under said policy, including but not limited to coverage for the full amount of loss including damage to the building on the subject property, contents, and loss of use;

  f. that the Court award the Plaintiffs attorney fees pursuant to Florida Statute Section 627.428, 626.9373, and/or any or other Florida law, prejudgment interest, and costs; and

  g. that the Court enter any other relief that it deems just and proper.

## DEMAND FOR JURY TRIAL

The Plaintiffs further demands a trial by jury of all issues so triable as a matter of right.

Dated this June 21, 2021.

            By: /s/ Lidor Kantor, Esq_____
              Lidor Kantor
              Florida Bar No: 98617
              WEISSER, ELAZAR & KANTOR, PLLC
              Attorneys for Plaintiff
              800 E Broward Blvd., Suite 510
              Fort Lauderdale, FL 33301
              T: (954) 486-2623
              F: (954) 572-8695
              Email: KW@WEKLaw.com
                  PB@WEKLaw.com
                  JM@WEKLaw.com
                  Service@WEKLaw.com